JUDGE WOODS

# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET NUMBER: __21 CV 06832__

DATE FILED: __AUG 13 2021__

SIGNED BY: __JUDGE CAPRONI__

DATE SIGNED: __AUG 12 2021__

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__✓__ COMPLAINT/PETITON ONLY

_____ OTHER DOCUMENTS/EXHIBITS